1  David J. Fleming (Bar No. 100688)
   DRINKER BIDDLE & REATH LLP
2  333 South Grand Avenue, Suite 1700
   Los Angeles, CA 90071-1504
3  Telephone: (213) 253-2300
   Facsimile: (213) 253-2301
4
5  Jeanine M. Donohue (Bar No. 161740)
   DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
6  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
7  Facsimile: (415) 591-7510
8
9  Attorneys for Defendants
   LABORATORY CORPORATION
   OF AMERICA, and DIANON
10 SYSTEMS, INC.
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
14 BIOGENEX LABORATORIES, INC.,        )   Case No. C05-00419 JL MED
                                        )
15              Plaintiff,              )
                                        )   **STIPULATION AND [PROPOSED]
16       vs.                            )   ORDER TO EXTEND TIME IN
                                        )   WHICH TO COMPLETE
17 DIANON SYSTEMS, INC.,                )   MEDIATION**
   LABORATORY CORPORATION OF            )
18 AMERICA HOLDINGS and DOES I-         )
   XXX, ,                               )
19                                      )
                Defendants.             )
20 _____ )
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties through their respective counsel that: |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that:

1. Pursuant to Civil L.R. 6.2, the time period in which the parties may mediate this matter be extended beyond the Court Ordered date August 15, 2005 up to and including September 1, 2005.

2. The reasons for this stipulation to extend the mediation deadline are as follows: The mediation date was originally set for July 29, 2005. Defendants Dianon Systems, Inc.'s and Labcorp Inc.'s representative was unable to attend said mediation due to unforeseeable circumstances. Based on all parties' schedules, as well as the mediator's schedule, September 1, 2005 was the first available date for all parties to attend a mediation.

3. All parties have already exchanged their mediation briefs and have provided them to the mediator.

4. The extension of 15 days for the parties to complete the mediation does not alter the date of any event or any deadline already fixed by Court Order. The parties will be able to report on the results of their mediation at the Court Ordered Case Management Conference on September 7, 2005.

5. A faxed signature on this Stipulation shall have the same force and effect as an original signature. The Stipulation maybe executed in counterparts.

The parties having agreed,

IT IS SO STIPULATED.

Dated: August 9, 2005

DRINKER BIDDLE & REATH LLP

*/s/ Jeanine M. Donohue*
JEANINE M. DONOHUE
Attorneys for Defendants
LABORATORY CORPORATION OF AMERICA, and DIANON SYSTEMS, INC.

Dated: August 8, 2005

LAW OFFICE OF JEFFREY MICKLAS

JEFFREY MICKLAS

Attorney for Plaintiff
BIOGENEX LABORATORIES, INC.

ORDER

The parties having stipulated, the extension is granted.

IT IS SO ORDERED.

Dated: August 16, 2005

JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge James Larson

Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\361959\1 | STIPULATION TO EXTEND TIME IN WHICH TO COMPLETE MEDIATION | CASE NO. C05-00419 JL MED

# CERTIFICATE OF SERVICE

*Biogenex Laboratories, Inc. v. Dianon Systems, Inc., et al.*
USDC Northern District of California
Case No: C05-00419 JL MED

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On August 9, 2005, I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO COMPLETE MEDIATION**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Ellyn Lazarus, Mediator
Offices of Ellyn Lazarus
2360 Larkin Street
San Francisco, CA 94109

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 9, 2005 at San Francisco, California.

*/s/ Gloria Cadena*
GLORIA CADENA

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE